UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**AgAmerica Avi, LLC,**

 Plaintiff,

v.           No. 4:22-cv-0560-P

**Brazos Valley, LLC, et al.,**

 Defendants.

### FINAL JUDGMENT AS TO CERTAIN PARTY

 This Final Judgment is issued in accordance with Federal Rule of Civil Procedure 54(b). Per Court's Order Granting Counter Defendant Lori Varnell's Motion to Dismiss the Counterclaims of Crockett Carter entered on December 28, 2022, and finding no just reason for delay:

 It is **ORDERED, ADJUDGED, and DECREED** that all claims in the above-entitled action against Counter Defendant Lori Varnell are **DISMISSED with prejudice**.

 **SO ORDERED** on this **28th day** of **December 2022.**

*[Signature]*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE